FILED
January 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:07CR00554-GEB
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
CATHERINE JOSEPH, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __CATHERINE JOSEPH__ , Case No. __2:07CR00554-GEB__ , Charge __18USC § 287 and 2__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   __ Bail Posted in the Sum of $_____

   **X** Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2008__ at __2:00 pm__ .

By   **GREGORY G. HOLLOWS**
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal