LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile: (916)441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
CATHERINE JOSEPH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. Cr. S-07-00554 GEB |
| ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE; EXCLUSION OF TIME |
| ) | |
| CATHERINE JOSEPH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The United States of America, through Assistant U.S. Attorney Samantha S. Spangler, and defendant Catherine Joseph, through her counsel Scott L. Tedmon, hereby stipulate that the status conference set for Friday, February 8, 2008 at 9:00 a.m., be continued to Friday, March 7, 2008 at 9:00 a.m. before United States District Judge Garland E. Burrell, Jr.

    The government has provided defense counsel with discovery, which includes memorandums, reports, and financial documents. Defense counsel is reviewing the government-provided discovery and needs additional time to assess defense investigation needs, meet and confer with the defendant, determine what pretrial motions should be filed, if any, and continue negotiations with the government in an attempt to resolve the case. Additionally, the government has additional discovery which will be produced to the defense in the near future. The defense will need time to review this additional discovery.

1  As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Friday March 7, 2008 at 9:00 a.m.  Shani Furstenau has approved the March 7, 2008 hearing date.  No jury trial date has been set in this case.

The parties stipulate the Court should find that time be excluded through March 7, 2008 under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

DATED: February 7, 2008                McGREGOR W. SCOTT
                                       United States Attorney

                                         /s/ Samantha S. Spangler
                                       SAMANTHA S. SPANGLER
                                       Assistant U.S. Attorney

DATED: February 7, 2008                LAW OFFICES OF SCOTT L. TEDMON

                                         /s/ Scott L. Tedmon
                                       SCOTT L. TEDMON
                                       Attorney for Catherine Joseph

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, February 8, 2008 at 9:00 a.m., is hereby continued to Friday, March 7, 2008 at 9:00 a.m., before the Honorable Garland E. Burrell, Jr.

Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act for needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of March 7, 2008.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

Dated:  February 7, 2008

GARLAND E. BURRELL, JR.
United States District Judge