1  McGREGOR W. SCOTT
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:07-cr-554 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| CATHERINE JOSEPH, | ) | DATE: April 4, 2008 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | COURT: Garland E. Burrell, Jr. |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for March 7, 2008, may be continued to April 4, 2008, at 9:00 a.m.  Counsel are in the process of plea negotiations, but need more time to complete them.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

///
///
///
///
///

1

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: March 4, 2008                McGREGOR W. SCOTT
                                    United States Attorney


                                 by /s/ Samantha S. Spangler
                                    Samantha S. Spangler
                                    Assistant U.S. Attorney


DATED: March 4, 2008
                                 by /s/ Samantha S. Spangler for
                                    Scott L. Tedmon
                                    Counsel for Ms. Joseph

                                Order

Good cause appearing,

The status conference scheduled for March 7, 2008 is continued to April 4, 2008 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

Dated: March 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge