LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Facsimile:  (916) 441-4760
Email: tedmonlaw@comcast.net

Attorney for Defendant
CATHERINE JOSEPH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                       )<br>              Plaintiff,                          )<br>                                                       )<br>     v.                                              )<br>                                                       )<br>                                                       )<br>CATHERINE JOSEPH,                   )<br>                                                       )<br>              Defendant.                      )<br>_____) | No. Cr. S-07-00554 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; EXCLUSION OF TIME |

    The United States of America, through Assistant U.S. Attorney Samantha S. Spangler, and defendant Catherine Joseph, through her counsel Scott L. Tedmon, hereby stipulate that the status conference set for Friday, April 4, 2008 at 9:00 a.m., be continued to Friday, May 9, 2008 at 9:00 a.m. before United States District Judge Garland E. Burrell, Jr.

    The government has provided defense counsel with discovery, which includes memorandums, reports, and financial documents.  Defense counsel has reviewed the government-provided discovery and a plea agreement has been entered into between the parties.  However, defendant Joseph was able to obtain employment this week and due to her work schedule, is unavailable to appear in Court on April 4, 2008.

    As such, government and defense counsel stipulate it is appropriate to continue the current status conference to Friday May 9, 2008 at 9:00 a.m.  Shani Furstenau has approved the May 9, 2008

- 1 -

1  hearing date.  No jury trial date has been set in this case.

2    The parties stipulate the Court should find that time be excluded through May 9, 2008 under
3  the Speedy Trial Act based on the unavailability of defendant Joseph and the corresponding need of
4  counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate
5  and agree that the interests of justice served by granting this continuance outweigh the best interests
6  of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

7    Finally, Scott L. Tedmon has been authorized by counsel to sign this stipulation on her
8  behalf.

9  **IT IS SO STIPULATED.**

10 DATED: April 3, 2008    McGREGOR W. SCOTT
             United States Attorney

12               /s/ Samantha S. Spangler
             SAMANTHA S. SPANGLER
             Assistant U.S. Attorney

13 DATED: April 3, 2008    LAW OFFICES OF SCOTT L. TEDMON

15               /s/ Scott L. Tedmon
             SCOTT L. TEDMON
             Attorney for Catherine Joseph

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Friday, April 4, 2008 at 9:00 a.m., is hereby continued to Friday, May 9, 2008 at 9:00 a.m., before the Honorable Garland E. Burrell, Jr.

Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act based on the unavailability of the defendant and the corresponding need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of May 9, 2008. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

Dated: April 4, 2008

GARLAND E. BURRELL, JR.
United States District Judge