1 LAW OFFICES OF SCOTT L. TEDMON
SCOTT L. TEDMON, CA BAR NO. 96171
2 717 K Street, Suite 227
Sacramento, California 95814
3 Telephone: (916) 441-4540
Fax: (916) 441-4760
4 Email: tedmonlaw@comcast.net

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES OF AMERICA,      )      Case No. 2:07-cr-554 GEB
10                             )
        Plaintiff,             )      STIPULATION AND ORDER ADDING
11                             )      CONDITION OF PRETRIAL RELEASE
v.                             )
12                             )
CATHERINE JOSEPH               )
13                             )
        Defendant.            )
14 _____)

15

16                          **STIPULATION**

17      On January 17, 2008, the defendant was released on a $10,000

18 unsecured bond under the supervision of the Pretrial Services Agency

19 with certain specific conditions, including Special Condition #5

20 which states that defendant shall refrain from the use of a narcotic

21 drug or other controlled substance without a prescription by a

22 licensed medical practitioner.  The defendant has Judgment and

23 Sentencing scheduled for October 24, 2008.  The parties are

24 currently working to reschedule the matter into January, 2009.

25      On February 15, 2008, the defendant tested positive for

26 cocaine.  As a result of the positive test, the defendant's testing

27 was increased.  Defendant remained incident free until she tested

28 positive for cocaine on August 19, 2008 and August 22, 2008, in

                                1

1 | violation of her pretrial release condition that she not use a

2 | narcotic drug or other controlled substance.

3 |     Because the defendant is amenable to participating in a

4 | treatment program, the parties stipulate that a condition should be

5 | added as follows:

6 |     You shall participate in a program of medical treatment,

7 | including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

8 |

9 |     Counsel for both the government and defendant have spoken to

10 | Pretrial Services Officer Steven J. Sheehan about this proposed

11 | modification.  After discussing the matter, Mr. Sheehan is in

12 | agreement with the proposed modification.  Additionally, the

13 | government, defense and Pretrial Services request that the Court

14 | enter the attached proposed order in lieu of requiring an additional

15 | court appearance.

16 | DATED: September 3, 2008        /s/ Scott L. Tedmon

17 |        SCOTT L. TEDMON
Counsel for Catherine Joseph

18 | DATED: September 3, 2008        /s/ Catherine Joseph

19 |        CATHERINE JOSEPH
Defendant

20 | DATED: September 3, 2008        McGREGOR W. SCOTT
United States Attorney

21 |

22 |     by    /s/ Samantha S. Spangler
Samantha S. Spangler
Assistant U.S. Attorney

23 |

24 |

25 |

26 |

27 |

28 |

1                                  **ORDER**

2        Good cause appearing, the Court adopts the stipulation of the

3   parties and defendant Catherine Joseph's conditions of pretrial

4   release are modified to add the following condition:

5        You shall participate in a program of medical treatment,
         including treatment for drug or alcohol dependency, as
6        approved by the pretrial services officer.

7
         IT IS SO ORDERED.
8
    DATED: 09/05/08                      /s/ Gregory G. Hollows
9                                        United States Magistrate Judge

10  joseph.ord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3