LAW OFFICES OF SCOTT L. TEDMON
SCOTT L. TEDMON, CA BAR NO. 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Fax: (916) 441-4760
Email: tedmonlaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-cr-554 GEB |
| Plaintiff, ) ) | STIPULATION AND ORDER ADDING CONDITION OF PRETRIAL RELEASE |
| v. ) ) | |
| CATHERINE JOSEPH ) ) | |
| Defendant. ) ) | |

**STIPULATION**

On September 25, 2008, due to violations of her terms of pretrial release, defendant Joseph was remanded into custody for a minimum period of 30 days and then ordered to report directly to The Effort Residential Drug Treatment Facility.  If bed space is not available after the 30 days have been served, defendant Joseph was ordered to report directly to The Effort as soon thereafter as bed space becomes available.  A status conference date of Monday, November 3, 2008 at 9:00 a.m. was set before this Court regarding defendant Joseph's custodial situation.  Defendant Joseph has her Judgment and Sentencing scheduled for January 23, 2009.

///

1

1  Pretrial Services Officer Steven J. Sheehan has advised the
2 Court and counsel that a bed space at The Effort is available for
3 defendant Joseph on Monday, October 27, 2008.  As such, counsel for
4 defendant Joseph and counsel for the government stipulate that this
5 Court order defendant Joseph be released to the custody of Pretrial
6 Services from the U.S. Marshal's Office to transport Ms. Joseph to
7 the Federal Courthouse on Monday, October 27, 2008, and on that date
8 release her to the custody of Pretrial Services so that Pretrial
9 Services can transport Ms. Joseph directly to The Effort so she can
10 resume her treatment program.

11  Counsel for both the government and defendant Joseph have
12 communicated with Pretrial Services Officer Steven J. Sheehan about
13 this proposed modification.  After discussing the matter, Mr.
14 Sheehan is in agreement with the proposed modification.
15 Additionally, the government, defense and Pretrial Services request
16 that the Court enter the attached proposed order and vacate the
17 scheduled status conference date of November 3, 2008.
18 IT IS SO STIPULATED.

DATED: October 22, 2008            /s/ Scott L. Tedmon
                                   SCOTT L. TEDMON
                                   Counsel for Catherine Joseph


DATED: October 22, 2008            McGREGOR W. SCOTT
                                   United States Attorney

                               by   /s/ Samantha S. Spangler
                                   Samantha S. Spangler
                                   Assistant U.S. Attorney

2

**<u>ORDER</u>**

Good cause appearing, the Court adopts the stipulation of the parties and defendant Catherine Joseph's conditions of pretrial release are modified to add the following condition:

> On Monday, October 27, 2008, the U.S. Marshal's Office is directed to transport defendant Catherine Joseph to the U.S. Courthouse and release her to the custody of Pretrial Services so that Pretrial Services can transport defendant Joseph directly to The Effort so she can resume her treatment program.
>
> The previously set status conference date of November 3, 2008 at 9:00 a.m. is hereby vacated.

IT IS SO ORDERED.

DATED: October 23, 2008              /s/ Gregory G. Hollows
                                     _____
                                     HONORABLE GREGORY G. HOLLOWS
                                     United States Magistrate Judge

joseph.ord2