UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CONFIDENTIAL MEMORANDUM**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                      RE:    Catherine JOSEPH
                                                  Docket Number:   2:07CR00554-01
                                                  **REQUEST TO RELEASE DRUG AND ALCOHOL INFORMATION**

Your Honor:

On March 13, 2009, the offender was convicted of a violation of 18 USC 287 and 2 - False Claim and Aiding and Abetting.  She was sentenced to 3 years probation.

On November 16, 2009, Ms. Joseph entered Westcare Residential Treatment Program located in Fresno, California, due to her substance abuse.  On December 15, 2009, the undersigned was contacted by the Sacramento County Department of Human Services Investigation Unit regarding Ms. Joseph.  They were attempting to verify that Ms. Joseph was outside the Sacramento County area in an institution.  It was explained that another adult individual had contacted the Sacramento County Department of Human Services to report that they were taking care of some of Ms. Joseph's children and were requesting financial support.  It was explained that due to confidentiality restrictions, we were unable to verify Ms. Joseph was in treatment in Fresno, California.

We are requesting the Court's permission to contact the Sacramento County Department of Human Services Investigations Unit and verify that Ms. Joseph is in Fresno, California, and in a treatment facility.

                                                    Respectfully submitted,

                                                    /s/Cynthia J. Mazzei
                                                    **CYNTHIA J. MAZZEI**
                                                     **Senior United States Probation Officer**

**RE:**   Catherine JOSEPH
         Docket Number:   2:07CR00554-01
         <u>REQUEST TO RELEASE DRUG AND ALCOHOL INFORMATION</u>

Dated:      January 4, 2010
            Sacramento, California
            CJM/cp

**REVIEWED BY:**    /s/Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

_____

(X)   Drug and alcohol information can be released to Sacramento County Department of Human Services Investigation Unit.

( )   Drug and alcohol information cannot be released to Sacramento County Department of Human Services Investigation Unit.

( )   Other:

Dated:  January 5, 2010

/s/ Garland E. Burrell Jr.
GARLAND E. BURRELL, JR.
United States District Judge